(114 So. 922)

Wyman GARRISON v. CITY OF TUSCA-LOOSA. (6 Div. 289.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(114 So. 922)

Henry GARTMAN v. STATE. (6 Div. 285.) Court of Appeals of Alabama. Dec. 13, 1927.

R. L. Blanton, Judge.

RICE, J. Appeal dismissed.

(118 So. 924)

GEORGIA CASUALTY CO. v. W. C. FORSYTH, etc. (6 Div. 25.) Court of Appeals of Alabama. Nov. 30, 1928.

Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(118 So. 924)

Ex parte W. L. GIBSON. (1 Div. 828.) Court of Appeals of Alabama. Sept. 18, 1928.

D. P. Moore, of Mobile, for petitioner.

PER CURIAM. Rule nisi denied.

(111 So. 924)

J. B. GIBSON v. STATE. (7 Div. 278.) (Court of Appeals of Alabama. Jan. 18, 1927.)

R. B. Carr, Judge.

RICE, J. Appeal dismissed.

(116 So. 924)

Lester GILBERT v. STATE. (6 Div. 334.) Court of Appeals of Alabama. April 24, 1928.

Ernest Lacy, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

(111 So. 924)

Elden GILCHRIST v. STATE. (8 Div. 520.) (Court of Appeals of Alabama. Feb. 1, 1927.)

O. Kyle, Judge.

RICE, J. Affirmed.

(112 So. 922)

Relia GILES v. STATE. (6 Div. 181.) Court of Appeals of Alabama. May 17, 1927.

Henry B. Foster, Judge. Second degree murder.

SAMFORD, J. Affirmed.

(113 So. 917)

Harry GILL v. BANCROFT LUMBER CO. (1 Div. 739.) Court of Appeals of Alabama. Aug. 2, 1927.

Claude A. Grayson, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(118 So. 924)

Jack GILMORE v. CITY OF MOBILE. (1 Div. 793.) Court of Appeals of Alabama. Nov. 15, 1928.

Saffold Berney, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 924)

C. A. GLANT v. BERRY–ALEXANDER MOTOR CO. (8 Div. 481.) (Court of Appeals of Alabama. March 22, 1927.)

O. Kyle, Judge.

SAMFORD, J. Affirmed.

(114 So. 922)

John GLOVER v. STATE. (6 Div. 235.) Court of Appeals of Alabama. Dec. 13, 1927.

Ernest Lacy, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 922)

Murry GODWIN v. STATE. (5 Div. 666.) Court of Appeals of Alabama. Nov. 29, 1927.

George F. Smoot, Judge.

RICE, J. Appeal dismissed.

(113 So. 917)

Irvin GOLDEN v. STATE. (4 Div. 347.) Court of Appeals of Alabama. Aug. 2, 1927.

W. L. Parks, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 922)

L. L. GOINS v. CITY OF PHENIX CITY. (4 Div. 282.) Court of Appeals of Alabama. Nov. 10, 1927.

J. S. Williams, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 924)

Comer GOODSON v. STATE. (4 Div. 331.) Court of Appeals of Alabama. April 3, 1928.

W. L. Parks, Judge. Carrying concealed pistol.

BRICKEN, P. J. Appeal dismissed.